

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00824-CV

**IN THE INTEREST OF A.C.P.T.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00127
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

SIGNED April 29, 2020.

_____
Rebeca C. Martinez, Justice